UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                    :
HARRIS W. RADIN,                           :        11-CV-35 (SAS) (HBP)
                    :
          Plaintiff,            :        _____
                    :
     v.                            :        ECF CASE
                    :
THE RICHARD AVEDON FOUNDATION  :       **NOTICE OF CHANGE OF ADDRESS**
                    :
          Defendant.     :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT**, Schiff Hardin LLP, counsel for defendant The Richard Avedon Foundation, has changed its address.  Effectively immediately, service of notices and other papers in this action, if not made by electronic filing, should be made as stated below.

Dated:   New York, New York
           May 23, 2011


        OLD FIRM ADDRESS:    900 Third Avenue
                                            New York, New York  10022

        NEW FIRM ADDRESS:   666 Fifth Avenue
                                            New York, New York  10103


                                          SCHIFF HARDIN LLP

                                          By:      /s/ Mathew B. West
                                                    Mathew B. West

                                          666 Fifth Avenue
                                          New York, New York 10103
                                          (212) 753-5000

                                          *Attorneys for Defendant The Richard Avedon Foundation*