USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/11

Scheindlin, 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIS W. RADIN,<br>Plaintiff,<br><br>v.<br><br>THE RICHARD AVEDON FOUNDATION,<br>Defendant. | 11 Civ. 0035 (SAS)(HBP)<br><br>**STIPULATION**<br><br>ECF CASE |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), the parties to this action, through their undersigned counsel, agree and stipulate that this action and the claims asserted in this action, including those in the Complaint and the Counterclaim, shall be dismissed with prejudice, with no costs taxed to either party and the parties each to pay their own costs, attorneys' fees and expenses.

_____  8/6/11
Andrew A. Chirls
Haines & Associates
1835 Market Street
Suite 2420
Philadelphia, PA 19103
(215) 246-2200
Attorney *pro hac vice* for plaintiff

_____  8/6/11
Mathew B. West
Schiff Hardin LLP
666 Fifth Avenue
17th Floor
New York, NY 10103
(212) 753-5000
Attorney for defendant

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.

8/8/11